UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS BLAKE,                          *
                                       *
            Petitioner,                *
                                       *
      v.                               *          C.A. No. 15-13659-ADB
                                       *
FMC DEVENS,                            *
                                       *
            Respondent.                *
                                       *

ORDER OF DISMISSAL

BURROUGHS, D.J.

      On October 20, 2015, Thomas Blake, who was then confined at FMC Devens, filed a

petition under 28 U.S.C. § 2241 for a writ of habeas corpus.  According to Blake, he was being

held past his release date.  The petition was not served pending resolution of the filing fee and

the Court's preliminary screening of the petition.  For the reasons stated below, the Court

dismisses the petition as moot.

      In August 2011, Blake was convicted in the Federal District Court for the Western

District of Louisiana of being a felon in possession of a firearm.  *See United States v. Blake*,

Crim. No. 09-00034 (W.D. La.) [Dkt. No. 132].  In November 2011, he was sentenced to 63

months in prison (with credit for time in pretrial custody) and three years of supervised release.

*See id.* [Dkt. No. 137].  In August 2014, less than six months after his release from prison, he

was arrested for violating the terms of his supervised release.  *See id.* [Dkt. Entry of 8/22/2014].

On October 6, 2014, the court revoked his supervised release and sentenced him to 10 months of

imprisonment with no supervised release to follow.  *See id.* [Dkt. No. 185].  However, on June

10, 2015, the Fifth Circuit vacated the order of revocation on the ground that the district court abused its discretion by not *sua sponte* holding a competency hearing.  *See United States v. Blake*, 606 Fed. Appx. 243, 244 (5th Cir. 2015) (per curiam).

At the time Blake filed the petition, he was in custody awaiting the competency hearing ordered by the Fifth Circuit.  The hearing took place on November 12, 2015, at which time the district court found him competent, revoked his supervised release, and sentenced him to time served since the earlier supervised release revocation plus an additional four days.  *See United States v. Blake*, Crim. No. 09-00034 (W.D. La.) [Dkt. No. 216].

The November 12, 2015 order of the Federal District Court for the Western District of Louisiana that Blake be released in four days moots his habeas petition in this Court.  *See American Civil Liberties Union v. U.S. Conference of Catholic Bishops*, 705 F.3d 44, 52 (1st Cir. 2013) ("[A] case is moot when the court cannot give any 'effectual relief' to the potentially prevailing party." (quoting *Horizon Bank & Trust Co. v. Massachusetts*, 391 F.3d 48, 53 (1st Cir. 2004))).  Where a case is moot, the court is without jurisdiction under Article III of the United States Constitution to entertain the claim and must dismiss the case.  *See id.* at 52-53.

Accordingly, this action is DISMISSED AS MOOT.

**SO ORDERED.**

November 16, 2015                                  /s/ Allison D. Burroughs
                                                  ALLISON D. BURROUGHS
                                                  U.S. DISTRICT JUDGE